**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10

11 | DITLEVSEN,                                                    No. C 05-05158 MHP

12 |                 Plaintiff(s),                        **ORDER**

13 |     v.

14 | MERCK & CO., INC. ET AL,

15 |                 Defendant(s).

16

17        This matter having been stayed pending other proceedings, and there being no further reason

18   at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to

19   submit a JS-6 Form to the Administrative Office.

20        Nothing contained in this minute entry shall be considered a dismissal or disposition of this

21   action and, should further proceedings in this litigation become necessary or desirable, any party

22   may initiate it in the same manner as if this entry had not been entered.

23

24   Dated: February 14, 2006

                                        MARILYN HALL PATEL
25                                      United States District Judge

26
27
28